**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-2099**

CHRISTIANA TRUST, a division of Wilmington Savings Fund Society, FSB, not in its individual capacity, but solely as owner trustee on behalf of RBSHD 2013-1 Trust,

Plaintiff – Appellee,

and

BANK OF AMERICA, NA,

Plaintiff,

v.

JULIETT MARSH-DAVIS,

Defendant – Appellant,

and

CORNELL D. DAVIS; AMERICAN EXPRESS CENTURION BANK; CARRIAGE LANE HOMEOWNERS ASSOCIATION INC.,

Defendants.

Appeal from the United States District Court for the District of South Carolina, at Charleston. Richard Mark Gergel, District Judge. (2:17-cv-01502-RMG)

Submitted: December 21, 2017                    Decided: December 27, 2017

Before WILKINSON and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

———————————

Dismissed by unpublished per curiam opinion.

———————————

Juliett Marsh-Davis, Appellant Pro Se. William Price Stork, SCOTT & CORLEY, P.A., Columbia, South Carolina, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Juliett Marsh-Davis has noted an appeal from the district court's order adopting the magistrate judge's report and recommendation, granting the Plaintiff's motion to remand, and remanding a removed foreclosure action to South Carolina state court. Pursuant to 28 U.S.C. § 1447(d) (2012), an order remanding a case from which it was removed is not reviewable on appeal. The district court remanded Marsh-Davis' removed action for lack of subject matter jurisdiction. Because the district court remanded the action for lack of subject matter jurisdiction, we lack jurisdiction to review the order. Accordingly, we grant the Appellee's motion to dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*